UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JASON ZUHL,

    Plaintiff,

                                        Case No. 1:12-cv-1380

v.                                             Hon. Hugh W. Brenneman, Jr.

COUNTY OF BERRIEN, *et al.*,

    Defendants.
_____/

## ORDER

        The sole remaining defendant, Deputy Jason Haskins, has filed a Notice of Appeal in the United States Court of Appeals for the Sixth Circuit regarding the denial of his motion for summary judgment on his qualified immunity defense.  *See Zuhl v. County of Berrien*, No. 14-2346 (6th Cir.).  Accordingly, trial in this matter is adjourned without date and further proceedings in the district court are stayed until further order of the court.  The Clerk is directed to administratively close this case.

    **IT IS SO ORDERED.**

Dated:  December 17, 2014                            /s/ Hugh W. Brenneman, Jr.
                                                                 HUGH W. BRENNEMAN, JR.
                                                                  United States Magistrate Judge