UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JASON ZUHL,

    Plaintiff,

Case No. 1:12-cv-1380

v.

Hon. Ray Kent

COUNTY OF BERRIEN, *et al.*,

    Defendants.

_____/

**ORDER TO LIFT STAY AND RE-OPEN CASE**

On September 11, 2014, this Court denied defendant Haskin's motion for summary judgment on the ground of qualified immunity. *See* Opinion (docket no. 40); Order (docket no. 41). Defendant appealed the order to the Sixth Circuit Court of Appeals. *See* Notice of Appeal (docket no. 44). On December 17, 2014, the Court entered an order staying and administratively closing this case pending the appeal. *See* Order (docket no. 46). The Sixth Circuit affirmed this Court's order and a mandate has issued. *See Zuhl v. Haskins*, No. 14-2346 (Opinion) (6th Cir. June 16, 2016) (docket no. 48) and (Mandate) (July 11, 2016) (docket no. 49). Accordingly,

    **IT IS ORDERED** that the stay is lifted and the Clerk is directed to re-open the case.

Dated:  November 29, 2016        /s/ Ray Kent_____
                                            RAY KENT
                                            United States Magistrate Judge