UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JASON ZUHL,

              Plaintiff,                    Case No. 1:12-cv-1380

v.                                      Hon. Ray Kent

JASON HASKINS,

              Defendant.
_____/

**JUDGMENT**

This action came before the Court for a trial by jury.  The issues have been tried

and the jury rendered its verdict on February 2, 2018.  Judgment is found in favor of defendant.


Dated:  February 2, 2018           /s/ Ray Kent_____
                                  RAY KENT
                                  United States Magistrate Judge